FILED
2008 Jun-27 PM 12:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

PS Form 3800, 2/04

CERTIFIED MAIL

7155 5474 4100 4817 1442

RETURN RECEIPT REQUESTED

Article Addressed To:

Experian Information Solutions, Inc.
c/o The Corporation Company
2000 Interstate Park Dr Ste 204
Montgomery, AL 36109-5420

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Addressee or ☐ Agent
X The Corporation Company

B. Received By: (Please Print Clearly)
The Corporation Company

C. Date of Delivery
6/25/08

D. Addressee's Address (if different from Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor  (Please Print Clearly)

Delivery Address

City                State        ZIP + 4 Code

UNITED STATES POSTAL SERVICE

MONTGOMERY AL

25 JUN 2008 PM 3 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RETURN TO:

Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

CV-08-PT-1109-M