IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **BRENDA KAY CACKOWSKI ROOME** | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | CV 08-PT-1109-M |
| **LVNV FUNDING, LLC; CAPITAL MANAGEMENT SERVICES, L.P.; RESURGENT CAPITAL SERVICES, L.P.; EXPERIAN INFORMATION SOLUTIONS, INC.** | ) ) ) ) ) ) | |
| Defendants | ) | |

## DISMISSAL ORDER

This cause comes before the court on the Plaintiff's Motion to Voluntary Dismiss Claims Against Experian Information Solutions, Inc., Only filed January 28, 2009. The motion is **GRANTED**. This action is **DISMISSED, WITH PREJUDICE**, as to all claim(s) asserted by plaintiff against defendant Experian Information Solutions, Inc., with costs taxed as paid. All claim(s) against remaining defendants shall remain in effect.

**DONE** and **ORDERED** this the 29th day of January, 2009.

*/s/ Robert B. Propst*
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE